

**U.S. Department of Justice**

*Office of the United States Trustee*
*Eastern District of New York*
*Brooklyn Division*

---

*U.S. Federal Office Building*
*201 Varick Street, Suite 1006*
*New York, NY  10014*

*Phone: 212-510-0500*
*Facsimile: 212-668-2255*

October 28, 2019

**Via ECF**
Honorable Nancy H. Lord
United States Bankruptcy Judge
United States Bankruptcy Court for the Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re:    35 North Elliot LLC, Case No. 19-40338 (NHL)**

Dear Judge Lord:

      With regard to the Application for Compensation (ECF Doc. No. 48) filed by the Law Offices of Ira R. Abel as counsel to the Debtor, the United States Trustee and the Law Offices of Ira R. Abel have agreed, subject to Court approval, to a $1,890.00 reduction in the fees and a $4.27 reduction in expenses in order to resolve certain objections raised by the United States Trustee.  Accordingly, the Law Offices of Ira R. Abel will now seek $21,252.00 in fees and reimbursement of expenses of $17.90.  The United States Trustee will not object to this amended application.

      Very truly yours,

      WILLIAM. K. HARRINGTON
      UNITED STATES TRUSTEE, REGION 2

      By: */s/ Rachel Wolf*
      Rachel Wolf
      Trial Attorney

cc: Ira Abel, Esq. (via E-mail)